**Donald WARE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 80333.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 17, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 2003.

Nancy L. Vincent, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

*ORDER*

PER CURIAM.

Donald Ware ("Movant") appeals the denial of his Rule 29.15 motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).